IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA HILL, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:15cv852-MHT |
| ) | (WO) |
| ALABAMA STATE DEPARTMENT ) | |
| OF EDUCATION, et al., ) | |
| ) | |
|     Defendants. ) | |

| | |
|---|---|
| LISA HILL, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:16cv342-MHT |
| ) | (WO) |
| ALABAMA STATE DEPARTMENT ) | |
| OF EDUCATION, et al., ) | |
| ) | |
|     Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (doc. no. 21) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 14) is adopted, but for the reasons stated in the opinion.

(3) Plaintiff's First Amendment claim is dismissed without prejudice for failure to state a claim.

(4) Plaintiff's state-law claims are dismissed without prejudice and with leave to refile in state court.

(5) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 13th day of January, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**